IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CRAIG ISSAC GREEN,              :        1:12-cv-1089
                               :
        Petitioner,            :
                               :        Hon. John E. Jones III
        v.                     :
                               :        Hon. Martin C. Carlson
WARDEN FRANK STRADA,           :
                               :
        Respondent.            :

## ORDER

**October 24, 2013**

**AND NOW**, upon consideration of the Report and Recommendation of

Chief United States Magistrate Judge Martin C. Carlson (Doc. 14), recommending

that the Petition for Writ of Habeas Corpus (Doc. 1) filed by Petitioner Craig Issac

Green be denied and that no certificate of appealability shall be issued, and, after

an independent review of the record, and also noting that neither party has objected

to the magistrate judge's report and recommendation, and that there is no clear

error on the face of the record,[1] *see Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (explaining that "failing to timely object to [a report and recommendation] in a civil proceeding may result in forfeiture of *de novo* review at the district court level"), it is hereby **ORDERED** that:

1.  The Report and Recommendation of Chief Magistrate Judge Martin C. Carlson (Doc. 14) is **ADOPTED**.

2.  The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED** and no certificate of appealability shall issue.

3.  The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge

---

[1] When parties fail to file timely objections to a magistrate judge's report and recommendation, the Federal Magistrates Act does not require a district court to review the report before accepting it. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). As a matter of good practice, however, the Third Circuit expects courts to "afford some level of review to dispositive legal issues raised by the report." *Henderson v. Carlson,* 812 F.2d 874, 878 (3d Cir. 1987). The advisory committee notes to Rule 72(b) of the Federal Rules of Civil Procedure indicate that "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72(b), advisory committee notes; *see also Henderson*, 812 F.2d at 878-79 (stating that "the failure of a party to object to a magistrate's legal conclusions may result in the loss of the right to de novo review in the district court"); *Tice v. Wilson,* 425 F. Supp. 2d 676, 680 (W.D. Pa. 2006) (holding that the court's review is conducted under the "plain error" standard); *Cruz v. Chater,* 990 F. Supp. 375-78 (M.D. Pa. 1998) (holding that the court's review is limited to ascertaining whether there is "clear error on the face of the record"); *Oldrati v. Apfel,* 33 F. Supp. 2d 397, 399 (E.D. Pa. 1998) (holding that the court will review the report and recommendation for "clear error"). The court has reviewed the magistrate judge's report and recommendation in accordance with this Third Circuit directive.